**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____Northern_____  District of  _____Florida_____

Case number *(if known)*: _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | For Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Julianne<br>First name<br><br>Skipper<br>Middle name<br><br>Mcgill<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and doing business as names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

Julianne
First name

Middle name

Davis
Last name

First name

Middle name

Last name

Business name (if applicable)

Julie
First name

S
Middle name

Davis
Last name

Business name (if applicable)

Julianne
First name

Middle name

Hutchinson
Last name

Business name (if applicable)

Julianne
First name

Middle name

Skipper
Last name

Business name (if applicable)

Julie
First name

Middle name

Mcgill
Last name

Business name (if applicable)

Julianne
First name

Middle name

Hutchinson
Last name

Business name (if applicable)

Julie
First name

S
Middle name

Mcgill
Last name

Business name (if applicable)

Julianne
First name

S
Middle name

Hutchinson
Last name

Business name (if applicable)

Julianne
First name

Middle name

Skipper
Last name

Business name (if applicable)

Julianne

First name

S

Middle name

Mcgill

Last name

Business name (if applicable)

Julianne

First name

Middle name

Mcgill

Last name

Business name (if applicable)

---

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 2 2 3 6

OR

9 xx – xx – ＿ ＿ ＿ ＿

xxx – xx – ＿ ＿ ＿ ＿

OR

9 xx – xx – ＿ ＿ ＿ ＿

---

**4. Your Employer Identification Number (EIN), if any.**

| About Debtor 1: | For Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| EIN ＿ ＿ - ＿ ＿ ＿ ＿ ＿ ＿ ＿ | EIN ＿ ＿ - ＿ ＿ ＿ ＿ ＿ ＿ ＿ |
| EIN ＿ ＿ - ＿ ＿ ＿ ＿ ＿ ＿ ＿ | EIN ＿ ＿ - ＿ ＿ ＿ ＿ ＿ ＿ ＿ |

---

**5. Where you live**

21288 Nw Lake Mckenzie Blvd

Number    Street

Altha              FL        32421

City              State      ZIP Code

Calhoun County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O.Box

**If Debtor 2 lives at a different address:**

Number    Street

City              State      ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number    Street

P.O.Box

City              State      Zip Code

---

| | City | State | Zip Code |
|---|---|---|---|

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes

---

**11. Do you rent your residence?**

☑ **No.** Go to line 12.
☐ **Yes.** Has your landlord obtained an eviction judgment against you?

---

**Part 3:** **Report About Any Businesses You Own as a Sole Proprietor**

---

Debtor 1  Julianne   Skipper   Mcgill          Case number *(if known)* _____

First Name   Middle Name   Last Name

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**
*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ **Yes.** What is the hazard?

**Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     ☐ **No.** Go to line 16b.

     ☑ **Yes.** Go to line 17.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ **No.** I am not filing under Chapter 7. Go to line 18.

☑ **Yes.** I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☑ No

     ☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Part 7:**   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

𝒙 /s/ Julianne Skipper Mcgill _____      𝒙 _____

   Signature of Debtor 1                     Signature of Debtor 2

       Executed on _01/23/2026_             Executed on _____

                  MM/ DD/ YYYY                              MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*x* /s/ Chad Van Horn

Signature of Attorney for Debtor

Date 01/23/2026
MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group
Firm name

500 NE 4th St
Number Street

Suite 200

| Fort Lauderdale | FL | 33301-1163 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 954 637-0000      Email address chad@cvhlawgroup.com

| 64500 | FL |
|---|---|
| Bar number | State |

Fill in this information to identify your case:

Debtor 1    Julianne              Skipper            Mcgill
            First Name            Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name      Last Name

United States Bankruptcy Court for the:   Northern        District of   Florida

Case number

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ☑ Yes. Where is the property?

1.1  21288 Northwest Lake McKinzie
     Boulevard
     Street address, if available, or other description

     Altha              FL          32421
     City               State       ZIP Code

     Calhoun
     County

**What is the property?** Check all that apply.

☐ Single family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☑ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: *Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 180,000.00            $ 180,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 02-1N-11-0560-0003-0700

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages

   you have attached for Part 1. Write that number here. ----------------------------------------------------→    $ 180,000.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ☑ Yes

**3.1.** Make: FORD

Model: EXPLORER

Year: 2020

Approximate mileage: 129000

Other information:

2020 Ford Explorer VIN# 1FMSK7FHXLGA10907 Using KBB Private Value

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
$ 15,090.00

Current value of the portion you own?
$ 15,090.00

If you own or have more than one, list here:

**3.2.** Make: NISSIAN

Model: ALTIMA

Year: 2013

Approximate mileage: 113000

Other information:

2013 Nissan Altima VIN# 1N4AL2EP6DC150427 Using KBB Private Party Value

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
$ 5,310.00

Current value of the portion you own?
$ 5,310.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here. ➔ $ 20,400.00

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe..........

Ordinary household goods and furnishings, including standard living room furniture, bedroom sets, kitchenware, linens, and other typical household items. All items are used, of modest value, and no single item has significant or unusual value.

$ 100.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe..........

TV - 1
COMPUTER -1
Cellphone - 3

$ 50.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes.

**9. Equipment for sports and hobbies**

*Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments*

- ☑ No
- ☐ Yes.

**10. Firearms**

*Examples: Pistols, rifles, shotguns, ammunition, and related equipment*

- ☑ No
- ☐ Yes.

**11. Clothes**

*Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories*

- ☐ No
- ☑ Yes. Describe..........

| Ordinary wearing apparel, shoes, and accessories appropriate for daily use. All items are used, of modest value, and no single item has significant or unusual value. | $ 100.00 |
|---|---|

**12. Jewelry**

*Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver*

- ☐ No
- ☑ Yes. Describe..........

| Furs and jewelry | $ 30.00 |
|---|---|

**13. Non-farm animals**

*Examples: Dogs, cats, birds, horses*

- ☐ No
- ☑ Yes. Describe..........

| 3 dogs | $ 0.00 |
|---|---|

**14. Other personal and household items**

- ☑ No
- ☐ Yes.

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** ------------------------------------------------------------→ | $ 280.00 |

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*

- ☑ No
- ☐ Yes

**17. Deposits of money**

*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.*

- ☐ No
- ☑ Yes....................... Institution name:

| | | |
|---|---|---|
| 17.1 Checking Account | Truist Bank #4357 | $ 0.00 |
| 17.2 Checking Account | Truist Bank #2308 | $ 0.00 |
| 17.3 Savings account | Truist Bank #6902 | $ 379.06 |
| 17.4 Other financial account | Venmo | $ 0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*

- ☑ No
- ☐ Yes....................... Institution or issuer name:

---

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No          Name of entity:                                        % of ownership:

☐ Yes. Give specific
    information about
    them....................

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.          Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes.

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company.

***Examples:*** Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes

**30. Other amounts someone owes you**

Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes

**35. Any financial assets you did not already list**

☑ No
☐ Yes

**36.** Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 5. Write that number here. ➔ $379.06

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.** Do you own or have any legal or equitable interest in any business-related property?    Current value of the portion you own? Do not deduct secured claims or exemptions.

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.If you own or have an interest in farmland, list it in Part 1.**

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?    Current value of the portion you own? Do not deduct secured claims or exemptions.

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.** Do you have other property of any kind you did not already list?

*Examples: Season tickets, country club membership*

☑ No
☐ Yes. Give specific information…

**54.** Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 7. Write that number here. ➔ $ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.** Part 1: Total real estate, line 2......................................................................→ $ 180,000.00

**56.** Part 2: Total vehicles, line 5    $ 20,400.00

**57.** Part 3: Total personal and household items, line 15    $ 280.00

**58.** Part 4: Total financial assets, line 36    $ 379.06

**59.** Part 5: Total business-related property, line 45    $ 0.00

**60.** Part 6: Total farm- and fishing-related property, line 52    $ 0.00

**61.** Part 7: Total other property not listed, line 54    +$ 0.00

**62.** Total personal property. Add lines 56 through 61............$ 21,059.06    Copy personal property total→    +$ 21,059.06

**63.** Total of all property on Schedule A/B. Add line 55 + line 62    $ 201,059.06

| | | | |
|---|---|---|---|
| Debtor 1 | Julianne | Skipper | Mcgill |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Florida |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you list on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.**

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 21288 NW LAKE MCKENZIE ALTHA 32421 Primary Residence Using Debtor's Private Appraisal Value<br><br>Line from *Schedule A/B*: 1.1 | $ 180,000.00 | ☑ $ 180,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(1), Fla. Const. |
| Brief description: Ordinary household goods and furnishings, including standard living room furniture, bedroom sets, kitchenware, linens, and other typical household items. All items are used, of modest value, and no single item has significant or unusual value.<br><br>Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |
| Brief description: TV - 1 COMPUTER -1 Cellphone - 3<br><br>Line from *Schedule A/B*: 7 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |

| Brief description: | Ordinary wearing apparel, shoes, and accessories appropriate for daily use. All items are used, of modest value, and no single item has significant or unusual value. | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
|---|---|---|---|---|
| Line from *Schedule A/B*: 11 | | | | Art. X, § 4(a)(2), Fla. Const. |

| Brief description: | Furs and jewelry | $ 30.00 | ☑ $ 30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
|---|---|---|---|---|
| Line from *Schedule A/B*: 12 | | | | Art. X, § 4(a)(2), Fla. Const. |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Julianna | Skipper | Mcgill |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Florida |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

21ST MTG
_Creditor's Name_

607 Market Street ,Suite
_Number    Street_

Knoxville          TN          37901
_City          State          Zipcode_

**Who owes the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Atleast one of the debtors and another

☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

| Column A | Column B | Column C |
|---|---|---|
| $ 177,933.00 | $ 180,000.00 | $ 0.00 |

21288 NW LAKE MCKENZIE ALTHA 32421 Primary Residence Using Debtor's Private Appraisal Value

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 06/01/2025

**Last 4 digits of account number** 4 8 5 5

**2.2**

ONEMAIN FINANCIAL GROUP, LLC

Creditor's Name

Po Box 1010

Number    Street

Evansville    IN    47706

City    State    Zipcode

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] Atleast one of the debtors and another
- [ ] Check if this claim relates to a community debt

Date debt was incurred 05/09/2025

**Describe the property that secures the claim:**    $ 7,887.00    $ 5,310.00    $ 2,577.00

2013 Nissan Altima VIN# 1N4AL2EP6DC150427 Using KBB Private Party Value

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** 2  8  5  6

**2.3**

Hello Credit Union

Creditor's Name

601 N Highway 231

Number    Street

Panama City    FL    32405

City    State    Zipcode

**Who owes the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] Atleast one of the debtors and another
- [ ] Check if this claim relates to a community debt

Date debt was incurred 12/01/2021

**Describe the property that secures the claim:**    $ 27,364.00    $ 15,090.00    $ 12,274.00

2020 Ford Explorer VIN# 1FMSK7FHXLGA10907 Using KBB Private Value

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** 0  4  0  0

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 213,184.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.1**

21st Mortgage

Name

POB 477

Number    Street

KNOXVILLE    TN    37902

City    State    Zipcode

On which line in Part 1 did you enter the creditor?    2.1

**Last 4 digits of account number** 4  8  5  5

| 2.2 | HELLO CREDIT UNION | On which line in Part 1 did you enter the creditor? | 2.2 |
|---|---|---|---|

**Name**

601 U.S. 231

Number   Street

**Last 4 digits of account number**
X   X   X   X

| Panama City | FL | 32405 |
|---|---|---|

City      State      Zipcode

| 2.3 | Bay Credit Union | On which line in Part 1 did you enter the creditor? | 2.3 |
|---|---|---|---|

**Name**

PO Box 2239

Number   Street

**Last 4 digits of account number**
0   4   0   0

| Panama City | FL | 32402 |
|---|---|---|

City      State      Zipcode

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Florida

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list them separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

AFFIRM INC
NonPriority Creditor's Name

650 California St Fl 12
Number   Street

San Francisco          CA          94108
City                        State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  7  T  9  H

**When was the debt incurred?** 02/07/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

$   189.00

Debtor 1    Julianne          Skipper          Mcgill
            First Name      Middle Name      Last Name

Case number *(if known)* _____

| 4.2 | AFFIRM INC |
|---|---|

NonPriority Creditor's Name

650 California St Fl 12

Number    Street

San Francisco          CA          94108

City                State        ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  5  Z  1  9

**When was the debt incurred?** 02/12/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

$ 175.00

---

| 4.3 | AFFIRM INC |
|---|---|

NonPriority Creditor's Name

650 California St Fl 12

Number    Street

San Francisco          CA          94108

City                State        ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  I  Q  P  7

**When was the debt incurred?** 01/04/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

$ 132.00

---

| 4.4 | CAINE & WEINER |
|---|---|

NonPriority Creditor's Name

PO Box 55848 Sherman Oaks

Number    Street

Los Angeles          CA          91413-0848

City                State        ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  8  9  7

**When was the debt incurred?** 10/01/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

$ 1,374.00

| 4.5 | CAPITAL ONE | Last 4 digits of account number | $ 843.00 |

CAPITAL ONE
NonPriority Creditor's Name

Po Box 31293
Number   Street

Salt Lake City          UT          84131
City                    State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
0  8  8  3

**When was the debt incurred?** 11/11/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 843.00

---

| 4.6 | CB INDIGO | Last 4 digits of account number | $ 901.22 |

CB INDIGO
NonPriority Creditor's Name

PO Box 96541 Charlotte, NC 28296-0541
Number   Street

Charlotte                       28296-0541
City                    State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
3  4  6  4

**When was the debt incurred?** 08/01/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 901.22

---

| 4.7 | CBNA | Last 4 digits of account number | $ 2,056.00 |

CBNA
NonPriority Creditor's Name

PO Box 509 Canton, NY 13617-0509
Number   Street

Canton                          13617-0509
City                    State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**
2  9  1  5

**When was the debt incurred?** 12/01/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 2,056.00

## 4.8 Tractor Supply Company (TSC) / Citibank, N.A. (CBNA)

NonPriority Creditor's Name

Tractor Supply Credit Card, PO Box 6403

Number    Street

Sioux Falls      SD      57117-6403

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**      $   2,056.00

X   X   X   X

**When was the debt incurred?** 12/03/2020

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

## 4.9 Credit One Bank

NonPriority Creditor's Name

P O Box 98873

Number    Street

Las Vegas      NV      89193-8873

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**      $   472.82

5   6   1   3

**When was the debt incurred?** 01/01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

## 4.10 WOW EQUIPMENT

NonPriority Creditor's Name

WOW! (Attn: Equipment) PO BOX 4350

Number    Street

Carol Stream      IL      60197-4350

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**      $   139.00

6   0   9   8

**When was the debt incurred?** 05/05/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.11 | FIRST PREMIER BANK | Last 4 digits of account number | $ 606.29 |

FIRST PREMIER BANK
NonPriority Creditor's Name

**Last 4 digits of account number**  5  8  4  8

601 S Minnesota Ave
Number    Street

**When was the debt incurred?** 08/30/2024

Sioux Falls          SD          57104
City                 State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify _____

---

| 4.12 | I.C. SYSTEM, INC | Last 4 digits of account number | $ 718.00 |

I.C. SYSTEM, INC
NonPriority Creditor's Name

**Last 4 digits of account number**  3  5  9  0

Po Box 64378
Number    Street

**When was the debt incurred?** 09/26/2024

Saint Paul          MN          55164
City                State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

☑ Other. Specify _____

---

| 4.13 | Synchrony Bank (JCPenney credit card) | Last 4 digits of account number | $ 896.00 |

Synchrony Bank (JCPenney credit card)
NonPriority Creditor's Name

**Last 4 digits of account number**  2  5  4  7

Synchrony Bank, Legal Operation, 777 Long Ridge Rd., Ste 2
Number    Street

**When was the debt incurred?** 04/24/2024

Stamford          CT          06902-5320
City               State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify _____

## 4.14 Comenity Capital Bank

NonPriority Creditor's Name

Bankruptcy Department, PO Box 183043

Number    Street

Columbus      OH      43218-3043

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     $ 2,148.00

0   1   2   5

**When was the debt incurred?** 09/22/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

## 4.15 REPUBLIC/NET CREDIT

NonPriority Creditor's Name

175 W Jackson Blvd Suite 1000

Number    Street

Chicago      IL      60604

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     $ 3,727.00

X   X   X   X

**When was the debt incurred?** 09/03/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

## 4.16 AT&T

NonPriority Creditor's Name

AT&T 1025 Lenox Park Boulevard Northeast

Number    Street

Atlanta      GA      30319

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     $ 179.00

1   2   7   9

**When was the debt incurred?** 07/08/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

## 4.17

TBOM/ACC

NonPriority Creditor's Name

.O. Box 105555, Atlanta, GA 30348-5555

Number    Street

Atlanta                30348-5555

City          State        ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**
5  2  5  2

$ 508.00

**When was the debt incurred?** 07/01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

## 4.18

Aspire credit card (The Bank of Missouri - TBOM)

NonPriority Creditor's Name

5 Concourse Pkwy Ste 400

Number    Street

Atlanta        GA       30328

City          State        ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**
X  X  X  X

$ 453.00

**When was the debt incurred?** 07/25/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

## 4.19

TBOM/MILESTONE

NonPriority Creditor's Name

Po Box 4499

Number    Street

Beaverton        OR       97076

City          State        ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**
7  2  4  0

$ 1,226.81

**When was the debt incurred?** 05/02/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**4.20** Hidden Meadow Lending

NonPriority Creditor's Name

PO Box 678, 92070, Santa Ysabel, United States

Number    Street

Santa Ysabel,                          92070

City                          State                          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   X   X   X   X                     $   800.00

**When was the debt incurred?** 11/21/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.21** Redwater Lending

NonPriority Creditor's Name

70 North Crandon Avenue

Number    Street

Crandon                    WI          54520

City                          State                          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   X   X   X   X                     $   300.00

**When was the debt incurred?** 11/14/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.22** Advance America

NonPriority Creditor's Name

P.O. Box 3058, Spartanburg, SC 29304-3058

Number    Street

Spartanburg                            29304-3058

City                          State                          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   0   1   3                     $   1,043.71

**When was the debt incurred?** 10/18/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.23** | **Green Line Loans**

NonPriority Creditor's Name

**PO Box 507**

Number   Street

**Hays**      **MT**      **59527**

City      State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     $   300.00
X   X   X   X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.24** | **Kali LLC**

NonPriority Creditor's Name

**375 Tennant Avenue**

Number   Street

**Morgan Hill**      **CA**      **95037**

City      State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     $   500.00
X   X   X   X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.25** | **Spot Loan**

NonPriority Creditor's Name

**P.O. Box 720, Belcourt, ND 58316**

Number   Street

**Belcourt**      **58316**

City      State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     $   800.00
X   X   X   X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.26 | Uprova | Last 4 digits of account number | $ 2,616.58 |

NonPriority Creditor's Name

635 East Highway 20

Number    Street

Upper Lake            CA          95485

City                  State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
9  1  5  0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.27 | ACIMA DIGITAL, LLC | Last 4 digits of account number | $ 624.71 |

NonPriority Creditor's Name

P.O. Box 1667 Draper, UT 84020

Number    Street

Draper               UT          84020

City                 State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
9  2  9  8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.28 | CAPITAL ONE | Last 4 digits of account number | $ 575.00 |

NonPriority Creditor's Name

Po Box 31293

Number    Street

Salt Lake City       UT          84131

City                 State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
X  X  X  X

**When was the debt incurred?** 02/21/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| 4.29 | Republic Bank (Net Credit) | Last 4 digits of account number | $ 3,727.51 |

**4.29** Republic Bank (Net Credit)
NonPriority Creditor's Name

Customer Support Team NetCredit 175 W. Jackson Blvd.

Number   Street
Suite 600

Chicago          IL          60604
City             State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
6  3  7  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 3,727.51

---

**4.30** PayPal Credit Card / Synchrony Bank
NonPriority Creditor's Name

PayPal, Inc., 2211 N 1st St

Number   Street

San Jose          CA          95131
City              State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
X  X  X  X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 2,651.44

---

**4.31** TRUIST BANK
NonPriority Creditor's Name

Truist Financial Corporation 214 North Tryon Street

Number   Street

Charlotte          NC          28202
City               State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
1  2  9  4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$ 449.48

| 4.32 | Comenity Bank | | Last 4 digits of account number | $ 1,669.70 |
|---|---|---|---|---|

**NonPriority Creditor's Name**

P.O. Box 182273

Number  Street

Columbus          OH          43218-2273

City              State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
X  X  X  X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.33 | Comenity Capital Bank | | Last 4 digits of account number | $ 1,683.66 |
|---|---|---|---|---|

**NonPriority Creditor's Name**

P.O. Box 183003

Number  Street

Columbus          OH          43218-3003

City              State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
X  X  X  X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.34 | Comenity Capital Bank | | Last 4 digits of account number | $ 1,692.84 |
|---|---|---|---|---|

**NonPriority Creditor's Name**

P.O. Box 183003

Number  Street

Columbus          OH          43218-3003

City              State       ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
X  X  X  X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.35** Synchrony Bank (JCPenney credit card)

NonPriority Creditor's Name

Synchrony Bank, Legal Operation, 777 Long Ridge Rd., Ste 2

Number    Street

Stamford      CT      06902-5320

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    $   1,435.02

5   4   7   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.36** Trustmark Bank

NonPriority Creditor's Name

Trustmark, P. O. Box 291

Number    Street

Jackson      MS      39205

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    $   1,043.30

X   X   X   X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.37** ACIMA DIGITAL, LLC

NonPriority Creditor's Name

5501 Headquarters Drive

Number    Street

Plano      TX      75024

City      State      ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    $   734.95

4   1   9   5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

---

### 4.38

**ACIMA DIGITAL, LLC**
NonPriority Creditor's Name

**5501 Headquarters Drive**
Number   Street

**Plano**      **TX**      **75024**
City      State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**        $    489.51
6  1  8  9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

### 4.39

**ACIMA DIGITAL, LLC**
NonPriority Creditor's Name

**5501 Headquarters Drive**
Number   Street

**Plano**      **TX**      **75024**
City      State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**        $    401.21
5  4  4  8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

### 4.40

**ACIMA DIGITAL, LLC**
NonPriority Creditor's Name

**5501 Headquarters Drive**
Number   Street

**Plano**      **TX**      **75024**
City      State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**        $    505.08
6  0  7  4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.41**

Hello Credit Union

NonPriority Creditor's Name

601 N Highway 231

Number   Street

Panama City      FL      32405

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**      $   673.53

X X X X

**When was the debt incurred?**_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.42**

The Children's Place

NonPriority Creditor's Name

500 Plaza Drive

Number   Street

Secaucus      NJ      07094

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**      $   1,683.66

X X X X

**When was the debt incurred?**_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.43**

Ulta

NonPriority Creditor's Name

1000 Remington Boulevard

Number   Street

Bolingbrook      IL      60440

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**      $   2,546.03

X X X X

**When was the debt incurred?**_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**4.44**

Victoria Secret
_____
NonPriority Creditor's Name

Victoria's Secret & Co.4 Limited Parkway East
_____
Number   Street

_____

Reynoldsburg      OH      43069
_____
City      State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**       $ __2,203.35__
    X   X   X   X

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

CB Indigo
_____
Name
Po Box 4499
_____
Number   Street

_____

Beaverton      OR      97076
_____
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.7__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
    2   2   3   9

---

First Premier Bank
_____
Name
First Premier Bank PO Box 5524
_____
Number   Street

Sioux Falls      SD      57117-5524
_____
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.13__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
    5   8   4   8

---

Aspire credit card (The Bank of Missouri - TBOM)
_____
Name
TBOM – Aspire P.O. Box 105096
_____
Number   Street

Atlanta      GA      30348-5096
_____
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.18__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
    X   X   X   X

Midland Credit Management
Name

320 East Big Beaver Road
Number   Street

Troy                MI           48083
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.42 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
7   2   4   0

---

Citibank, N.A. / Citi Retail Services
Name

Bankruptcy Department P.O. Box 790340
Number   Street

St. Louis           MO           63179
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.9 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
X   X   X   X

---

LVNV Funding LLC
Name

C/o Resurgent Capital Services Po Box 1269
Number   Street

Greenville          SC           29602
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.17 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
5   2   5   2

---

Capital One
Name

Po Box 85015
Number   Street

Richmond            VA           23285-5075
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.28 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
0   8   8   3

---

RADIUS GLOBAL SOLUTION
Name

7505 Metro Boulevard
Number   Street

Edina               MN           55439
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.26 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
9   1   5   0

---

EASTERN ACCOUNT SYSTEM
Name

111 Park Ridge Road
Number   Street

Brookfield          CT           06804
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.11 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
6   0   9   8

---

PayPal Credit Card / Synchrony Bank
Name

PayPal Credit Card SVCS/SYNCB, P.O. Box 71718
Number   Street

Philadelphia        PA           19176-1718
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.30 of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
X   X   X   X

Timothy John Landers, Esq.
Name
Tromberg, Miller, Morris & Partners 600 W Hillsboro Blvd Ste 600
Number   Street

Deerfield Beach     FL     33441-1686
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.34_ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
_5_ _4_ _7_ _1_

---

Timothy John Landers, Esq.
Name
Tromberg, Miller, Morris & Partners 600 W Hillsboro Blvd Ste 600
Number   Street

Deerfield Beach     FL     33441-1686
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.32_ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
_X_ _X_ _X_ _X_

---

Melissa Carolyn Horne, Esq.
Name
Midland Credit Management, Inc. PO Box 290335
Number   Street

Tampa     FL     33687-0335
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.33_ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
_X_ _X_ _X_ _X_

---

Amanda Roath Duffy
Name
Consuegra & Duffy PLLC PO Box 172069
Number   Street

Tampa     FL     33672-2069
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.35_ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
_5_ _4_ _7_ _1_

---

Ralph Sam Marcadis, Esq.
Name
5104 South Westshore Boulevard
Number   Street

Tampa     FL     33611
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.30_ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**
_X_ _X_ _X_ _X_

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 49,950.41 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 49,950.41 |

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Florida |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

| Debtor 1 | Julianne | Skipper | Mcgill |
|----------|----------|---------|--------|
|          | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|----------|---------|--------|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___Northern___ District of ___Florida___

Case number _____

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.1

JERRY MCGILL
Name

Number   Street

City                     State              ZIP Code

☑ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1      Julianne        Skipper         Mcgill
              First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name     Last Name

United States Bankruptcy Court for the:    Northern    District of    Florida

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| | Occupation | Human Resources Manager | Equipment Operator |
| | Employer's name | Half Hitch Tackle Co Inc | T & S Construction Solutions LLC |
| | Employer's address | 2206 Navy Blvd | 327 East 15th wi |
| | | Number    Street | Number    Street |
| | | Panama City Beach    FL | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | How long employed there? | 3 years | 1 year |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include the non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 6,147.94 | $ 3,367.80 |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 444.50 | + $ 862.50 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 6,592.44 | $ 4,230.30 |
| Copy line 4 here ............................................→ | 4. | $ 6,592.44 | $ 4,230.30 |
| 5. List all payroll deductions: | | | |

Debtor 1 ___Julianne___ ___Skipper___ ___Mcgill___          Check if this is: *(if known)* _____

noneFirst Name   Middle Name   Last Name

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 604.35 | $ 507.16 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 216.67 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 114.31 | $ 86.69 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h.**Other deductions.** Specify_____ | 5h. | + $ 16.67 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h | 6. | $ 952.00 | $ 593.85 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5,640.44 | $ 3,636.45 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| 8f. Specify:_____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.**Specify:_____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. | $ 5,640.44 | + | $ 3,636.45 | = | $ 9,276.89 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Specify._____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11**
The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 9,276.89

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No
☐ Yes. Explain:

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Florida

Case number
(if known) _____

**Check if this is:**

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**
Do not list Debtor 1 and Debtor 2.
Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent...

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 11 | ☐ No ☑ Yes |
| Mother in law | 70 | ☐ No ☑ Yes |
| Father In law | 71 | ☐ No ☑ Yes |
| Daughter | 18 | ☑ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $    2,064.71

If not included in line 4:

**Your expenses**

| | | |
|---|---|---|
| **4a.** Real estate taxes | 4a. | $ 0.00 |
| **4b.** Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| **4c.** Home maintenance, repair, and upkeep expenses | 4c. | $ 245.00 |
| **4d.** Homeowner's association or condominium dues | 4d. | $ 0.00 |
| **5. Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| **6. Utilities:** | | |
| **6a.** Electricity, heat, natural gas | 6a. | $ 250.00 |
| **6b.** Water, sewer, garbage collection | 6b. | $ 75.00 |
| **6c.** Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 320.00 |
| **6d.** Other. Specify: _____ | 6d. | $ 0.00 |
| **7. Food and housekeeping supplies** | 7. | $ 1,800.00 |
| **8. Childcare and children's education costs** | 8. | $ 240.00 |
| **9. Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| **10. Personal care products and services** | 10. | $ 150.00 |
| **11. Medical and dental expenses** | 11. | $ 485.00 |
| **12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| **13. Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 125.00 |
| **14. Charitable contributions and religious donations** | 14. | $ 0.00 |
| **15. Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| **15a.** Life insurance | 15a. | $ 149.00 |
| **15b.** Health insurance | 15b. | $ 164.00 |
| **15c.** Vehicle insurance | 15c. | $ 392.00 |
| **15d.** Other insurance. Specify: _____ | 15d. | $ 0.00 |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| **17. Installment or lease payments:** | | |
| **17a.** Car payments for Vehicle 1 | 17a. | $ 600.00 |
| **17b.** Car payments for Vehicle 2 | 17b. | $ 281.00 |
| **17c.** Other. Specify: _____ | 17c. | $ 0.00 |
| **17d.** Other. Specify: _____ | 17d. | $ 0.00 |
| **18. Your payments of alimony, maintenance, and support** that you did not report as deducted from your pay on line 5, *Schedule I, Your Income (Official Form 106I).* | 18. | $ 0.00 |
| **19. Other payments you make to support others who do not live with you.** Specify: Daughter's Health Insurance | 19. | $ 119.00 |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| **20a.** Mortgages on other property | 20a. | $ 0.00 |
| **20b.** Real estate taxes | 20b. | $ 0.00 |
| **20c.** Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| **20d.** Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| **20e.** Homeowner's association or condominium dues | 20e. | $ 0.00 |
| **21. Other.** Specify: | | |

| Description | Amount |  |  |
|---|---|---|---|
|  |  | 21.  +$ | 1,280.00 |
| Spouse Vehicle | $ 300.00 |  |  |
| Spouse Pull barn | $ 400.00 |  |  |
| Spouse Medical | $ 80.00 |  |  |
| Spouse Lease to Own Independent Property | $ 500.00 |  |  |

**22.   Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

22c. Add line 22a and 22b. The result is your monthly expenses.

| 22a. $ | 9,189.71 |
|---|---|
| 22b. $ | |
| 22c. $ | 9,189.71 |

**23. Calculate your monthly net income.**

**23a.** Copy line 12 *(your combined monthly income)* from *Schedule I.*        23a.  $        9,276.89

**23b.** Copy your monthly expenses from line 22c above.                         23b.  -$        9,189.71

**23c.** Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*                                        23c.  $        87.18

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☑ Yes.   Explain here:

Fill in this information to identify your case:

Debtor 1    Julianne          Skipper          Mcgill
            First Name        Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   Northern   District of   Florida

Case number
(If known)

☐ Check if this is an
  amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 180,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 21,059.06 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 201,059.06 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D...... | $ 213,184.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 49,950.41 |
| **Your total liabilities** | $ 263,134.41 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 9,276.89 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 9,189.71 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose. " 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 11,288.09

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on *Schedule E/F*, copy the following: | | Total Claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f | | $ 0.00 |

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Florida

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

𝒙 /s/ Julianne Skipper Mcgill _____

Signature of Debtor 1

𝒙 _____

Signature of Debtor 2

Date 01/23/2026 _____
MM / DD / YYYY

Date _____
MM / DD / YYYY

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Northern    District of    Florida

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not Married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 2513 Sarasota Lane | From 10/01/2023 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | | Number    Street | From |
| Panama City    FL    32405 | To 07/31/2025 | | To |
| City    State    ZIP Code | | City    State    ZIP Code | |
| 5922 Nordic Drive | From 03/28/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | | Number    Street | From |
| Panama City    FL    32404 | To 09/30/2023 | | To |
| City    State    ZIP Code | | City    State    ZIP Code | |

**3.** Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

☑ No. Go to Part 2.
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4.** Did you have any income from employment or from operating a business during this year or the two previous calendar years?
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $ 73,014.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |
| For last calendar year: (January 1 to December 31, 2025 ) YYYY | ☐ Wages, commissions, bonuses, tips | $ 71,805.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |
| For the calendar year before that: (January 1 to December 31, 2024 ) YYYY | ☐ Wages, commissions, bonuses, tips | $ 53,799.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No

☐ Yes. Fill in the details.

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.*

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| 21ST MTG Creditor's Name | 09/15/2025 | $ 6,182.34 | $ 177,933.00 | ☑ Mortgage |
| 607 Market Street ,Suite Number   Street | 10/15/2025 | | | ☐ Car ☐ Credit card ☐ Loan repayment |
| Knoxville   TN   37901 City   State   ZIP Code | 11/15/2025 | | | ☐ Suppliers or vendors ☐ Other _____ |

| Hello Credit Union | 11/20/2025 | $ 1,800.00 | $ 27,364.00 | ☐ Mortgage |
| --- | --- | --- | --- | --- |
| Creditor's Name | | | | ☑ Car |
| P O Box 2239 | | | | ☐ Credit card |
| Number   Street | 10/20/2025 | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | 09/20/2025 | | | ☐ Other_____ |
| Panama City   FL   32402 | | | | |
| City   State   ZIP Code | | | | |

| ONEMAIN FINANCIAL GROUP, LLC | 09/21/2025 | $ 843.00 | $ 7,887.00 | ☐ Mortgage |
| --- | --- | --- | --- | --- |
| Creditor's Name | | | | ☑ Car |
| Po Box 1010 | | | | ☐ Credit card |
| Number   Street | 10/21/2025 | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | 11/21/2025 | | | ☐ Other_____ |
| Evansville   IN   47706 | | | | |
| City   State   ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider.

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| Case title   LVNV FUNDING LLC vs. DAVIS, JULIANNE<br>Case number 25001658SC | Civil | Bay County Clerk of Courts<br>Court Name<br>300 East 4th Street<br>Number   Street<br><br>Panama City   FL   32401<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title   CREDIT CORP SOLUTIONS INC vs. DAVIS, JULIANNE<br>Case number 24003858SC | Civil | Bay County Clerk of Courts<br>Court Name<br>300 East 4th Street<br>Number   Street<br><br>Panama City   FL   32401<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Case title | MIDLAND CREDIT | Civil | Bay County Clerk of Courts | ☐ Pending |
|---|---|---|---|---|

Case title **MIDLAND CREDIT MANAGEMENT INC vs. DAVIS, JULIANNE**

Case number __24002183SC__

Civil

**Bay County Clerk of Courts**
Court Name
300 East 4th Street
Number    Street

Panama City    FL    32401
City     State    ZIP Code

☐ Pending
☐ On appeal
☑ Concluded

Case title **CROWN ASSET MANAGEMENT LLC vs. DAVIS, JULIANNE**

Case number __23002373SC__

Civil

**Bay County Clerk of Courts**
Court Name
300 East 4th Street
Number    Street

Panama City    FL    32401
City     State    ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

---

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Van Horn Law Group | Fees | | |
| Person Who Was Paid | | _____ $ 627.00 | |
| 500 Northeast 4th Street | | | |
| Number      Street | | _____ $ 0.00 | |
| Suite 200 | | | |
| Fort Lauderdale    FL    33301 | | | |
| City      State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Consolidated Credit Solutions | Bi Weekly Payments to settle debt | | |
| Person Who Was Paid | | 11/21/2025 | $ 92.31 |
| 5701 West Sunrise Boulevard | | 11/07/2025 | $ 92.31 |
| Number      Street | | | |
| Plantation    FL    33313 | | | |
| City      State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Property or payments received, or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Unknown | Sold Home after divorce $325,000 | $32,000 | |
| Person Who Received Transfer | | | 01/16/2024 |
| 5922 Nordic Drive | | | |
| Number      Street | | | |
| Panama City FL    32404 | | | |
| City      State    ZIP Code | | | |
| Person's relationship to you:  Purchaser of Home | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of Account or Instrument | Date Closed, Sold, Moved, or Transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Trustmark Bank <br> Name of Financial Institution <br> 144 Harrison Avenue <br> Number    Street <br><br> Panama City     FL     32401 <br> City     State     ZIP Code | XXXX – <br> X  X  X  X | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $    1,043.30 |
| Hello Credit Union <br> Name of Financial Institution <br> 601 North US Highway 231 <br> Number    Street <br><br> Panama City     FL     32405 <br> City     State     ZIP Code | XXXX – <br> X  X  X  X | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $    673.53 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| Person With Access | Describe the Contents | Do You Still Have It? |
|---|---|---|
| | | |

Panama City Storage Saver          Jerry McGill                     Holiday Decorations, misc household
Name of Storage Facility            Name                            sentimental items
7327 U.S. 231                      21288 Northwest Lake                                              ☑ No
Number      Street                 McKinzie Boulevard                                               ☐ Yes
                                   Number      Street

Panama City  FL      32404         _____
City         State   ZIP Code      Altha          FL     32421
                                   City           State   ZIP Code

---

**Part 9:  Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold
    in trust for someone.

    ☑ No
    ☐ Yes. Fill in the details.

---

**Part 10:  Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination,
  releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater,
  or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or
  material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own,
  operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance,
  toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental
    law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and
    orders.

    ☑ No
    ☐ Yes. Fill in the details.

---

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| S&M Contracting Group LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Business Name 21288 Lake McKenzie Boulevard | Start up underground utility construction | EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | **Name of accountant or bookkeeper** | |
| Altha       FL      32421 | Julianne McGill | **Dates business existed** |
| City       State   ZIP Code | | From 01/01/2025 To 12/15/2025 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

x /s/ Julianne Skipper Mcgill          x _____

Signature of Debtor 1                    Signature of Debtor 2

Date 01/23/2026                          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Julianne | Skipper | Mcgill |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Florida

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: 21ST MTG<br><br>Description of property securing debt: 21288 NW LAKE MCKENZIE ALTHA 32421 Primary Residence Using Debtor's Private Appraisal Value | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>    Pay per contract | ☑ No<br>☐ Yes |
| Creditor's name: ONEMAIN FINANCIAL GROUP, LLC<br><br>Description of property securing debt: 2013 Nissan Altima VIN# 1N4AL2EP6DC150427 Using KBB Private Party Value | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>    Pay per contract | ☑ No<br>☐ Yes |
| Creditor's name: Hello Credit Union<br><br>Description of property securing debt: 2020 Ford Explorer VIN# 1FMSK7FHXLGA10907 Using KBB Private Value | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>    Pay per contract | ☑ No<br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet

ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Part 3: Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

𝒙 /s/ Julianne Skipper Mcgill                                    𝒙 _____

   Signature of Debtor 1                                              Signature of Debtor 2

   Date  01/23/2026                                    Date _____
      MM/ DD/ YYYY                                         MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**

__Northern__    **DISTRICT OF** __Florida__

__Panama City-5__   **DIVISION**

In RE:

| Julianne Mcgill |

CASE NO _____

CHAPTER __Chapter 7__

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __01/23/2026__      Debtor 1 Signature __/s/ Julianne Skipper Mcgill_____
                                                       Mcgill, Julianne Skipper

Date_____      Debtor 2 Signature _____

**21ST MTG**
607 Market Street ,Suite
Knoxville, TN 37901

**AFFIRM INC**
650 California St Fl 12
San Francisco, CA 94108

**CAINE & WEINER**
PO Box 55848 Sherman Oaks
Los Angeles, CA 91413-0848

**CAPITAL ONE**
Po Box 31293
Salt Lake City, UT 84131

**CB INDIGO**
PO Box 96541 Charlotte, NC 28296-0541
Charlotte, 28296-0541

**CBNA**
PO Box 509 Canton, NY 13617-0509
Canton, 13617-0509

**Tractor Supply Company (TSC) / Citibank, N.A. (CBNA)**
Tractor Supply Credit Card, PO Box 6403
Sioux Falls, SD 57117-6403

**Credit One Bank**
P O Box 98873
Las Vegas, NV 89193-8873

**WOW EQUIPMENT**
WOW! (Attn: Equipment) PO BOX 4350
Carol Stream, IL 60197-4350

**FIRST PREMIER BANK**
601 S Minnesota Ave
Sioux Falls, SD 57104

**I.C. SYSTEM, INC**
Po Box 64378
Saint Paul, MN 55164

**Synchrony Bank (JCPenney credit card)**
Synchrony Bank, Legal Operation, 777 Long Ridge Rd., Ste 2
Stamford, CT 06902-5320

**Comenity Capital Bank**
Bankruptcy Department, PO Box 183043
Columbus, OH 43218-3043

**REPUBLIC/NET CREDIT**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

**ONEMAIN FINANCIAL GROUP, LLC**
Po Box 1010
Evansville, IN 47706

**AT&T**
AT&T 1025 Lenox Park Boulevard Northeast
Atlanta, GA 30319

**TBOM/ACC**
.O. Box 105555, Atlanta, GA 30348-5555
Atlanta, 30348-5555

**Aspire credit card (The Bank of Missouri - TBOM)**
5 Concourse Pkwy Ste 400
Atlanta, GA 30328

**TBOM/MILESTONE**
Po Box 4499
Beaverton, OR 97076

**Hidden Meadow Lending**
PO Box 678, 92070, Santa Ysabel, United States
Santa Ysabel,, 92070

**Redwater Lending**
70 North Crandon Avenue
Crandon, WI 54520

**Advance America**
P.O. Box 3058, Spartanburg, SC 29304-3058
Spartanburg, 29304-3058

**Green Line Loans**
PO Box 507
Hays, MT 59527

**Kali LLC**
375 Tennant Avenue
Morgan Hill, CA 95037

**Spot Loan**
P.O. Box 720, Belcourt, ND 58316
Belcourt, 58316

**Uprova**
635 East Highway 20
Upper Lake, CA 95485

**ACIMA DIGITAL, LLC**
P.O. Box 1667 Draper, UT 84020
Draper, UT 84020

**Republic Bank (Net Credit)**
Customer Support Team NetCredit 175 W. Jackson Blvd.
Chicago, IL 60604

**PayPal Credit Card / Synchrony Bank**
PayPal, Inc., 2211 N 1st St
San Jose, CA 95131

**TRUIST BANK**
Truist Financial Corporation 214 North Tryon Street
Charlotte, NC 28202

**Comenity Bank**
P.O. Box 182273
Columbus, OH 43218-2273

**Comenity Capital Bank**
P.O. Box 183003
Columbus, OH 43218-3003

**Hello Credit Union**
601 N Highway 231
Panama City, FL 32405

**Trustmark Bank**
Trustmark, P. O. Box 291
Jackson, MS 39205

**ACIMA DIGITAL, LLC**
5501 Headquarters Drive
Plano, TX 75024

**The Children's Place**
500 Plaza Drive
Secaucus, NJ 07094

**Ulta**
1000 Remington Boulevard
Bolingbrook, IL 60440

**Victoria Secret**
Victoria's Secret & Co.4 Limited Parkway East
Reynoldsburg, OH 43069

**21st Mortgage**
POB 477
KNOXVILLE, TN 37902

**HELLO CREDIT UNION**
601 U.S. 231
Panama City, FL 32405

**Bay Credit Union**
PO Box 2239
Panama City, FL 32402

**CB Indigo**
Po Box 4499
Beaverton, OR 97076

**First Premier Bank**
First Premier Bank PO Box 5524
Sioux Falls, SD 57117-5524

**Aspire credit card (The Bank of Missouri - TBOM)**
TBOM – Aspire P.O. Box 105096
Atlanta, GA 30348-5096

**Midland Credit Management**
320 East Big Beaver Road
Troy, MI 48083

**Citibank, N.A. / Citi Retail Services**
Bankruptcy Department P.O. Box 790340
St. Louis, MO 63179

**LVNV Funding LLC**
C/o Resurgent Capital Services Po Box 1269
Greenville, SC 29602

**Capital One**
Po Box 85015
Richmond, VA 23285-5075

**RADIUS GLOBAL SOLUTION**
7505 Metro Boulevard
Edina, MN 55439

**EASTERN ACCOUNT SYSTEM**
111 Park Ridge Road
Brookfield, CT 06804

**PayPal Credit Card / Synchrony Bank**
PayPal Credit Card SVCS/SYNCB, P.O. Box 71718
Philadelphia, PA 19176-1718

**Timothy John Landers, Esq.**
Tromberg, Miller, Morris & Partners 600 W Hillsboro Blvd Ste 600
Deerfield Beach, FL 33441-1686

**Melissa Carolyn Horne, Esq.**
Midland Credit Management, Inc. PO Box 290335
Tampa, FL 33687-0335

**Amanda Roath Duffy**
Consuegra & Duffy PLLC PO Box 172069
Tampa, FL 33672-2069

**Ralph Sam Marcadis, Esq.**
5104 South Westshore Boulevard
Tampa, FL 33611